Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGHAN DOWNING, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MADEWELL, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.: 2:21-cv-06772-SB-MAA<br><br>Honorable Judge Stanley Blumenfeld, Jr.<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, Meghan Downing ("Plaintiff"), by and through her undersigned counsel, hereby voluntarily dismisses all claims and causes of action asserted individually without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Parties shall bear their own fees and costs.

///

///

1
VOLUNTARY DISMISSAL WITHOUT PREJUDICE

| | | |
|---|---|---|
| 1 | Dated: September 10, 2021 | Respectfully Submitted, |
| 2 | | |
| 3 | | /s/ Thiago M. Coelho |
| | | Thiago M. Coelho |
| 4 | | **WILSHIRE LAW FIRM** |
| | | *Attorney for Plaintiff and* |
| 5 | | *Proposed Class* |

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

2
VOLUNTARY DISMISSAL WITHOUT PREJUDICE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 10, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: September 10, 2021                    */s/ Thiago M. Coelho*
                                             Thiago M. Coelho